

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

September 21, 1950

Hon. Clifford H. Robinson, President
Texas State Board of Chiropody Examiners
Fort Worth, Texas

Opinion No. V-1108

Re: The legality of chirop-
odists administering,
prescribing, and dis-
pensing narcotic drugs.

Dear Dr. Robinson:

Your request for an opinion presents the fol-
lowing question:

"Is a Texas licensed chiropodist, under
Article 4567 R.C.S. (1925), in good faith and
in the course of his professional practice on-
ly, entitled to administer, prescribe, and dis-
pense Narcotic drugs, or cause the same to be
administered by a nurse or interne under his
direction and supervision?"

Article 4567, V.C.S., provides:

"'Chiropody' means the diagnosis, medical
and surgical treatment of the human foot. A
chiropodist is one who practices chiropody."

Article 725b, V.P.C., provides:

". . .

"(2)   'Physician' means a person author-
ized by law to practice medicine in this State
and any other person authorized by law to
treat sick and injured human beings in this
State and to use narcotic drugs in connection
with such treatment.

". . .

"Sec. 2A.  It shall not be unlawful to
manufacture, possess, have, control, sell,
prescribe, administer, dispense, or compound

any narcotic drug where same is authorized
under the terms of this Act.

"
. . .

"Sec. 7.  (1)  (Physicians and Dentists).
A physician or a dentist, in good faith and
in the course of his professional practice on-
ly, may prescribe, administer, and dispense
narcotic drugs, or he may cause the same to
be administered by a nurse or interne under
his direction and supervision."

The question presented for our determination is
whether a chiropodist is a physician within the meaning of
the Narcotic Drug Law (Art. 725b, V.P.C.).

In Guy v. State, 116 Tex.Crim. 392, 32 S.W.2d
460 (1930), the court said:

"The definition of 'physician' as 'one
authorized to prescribe remedies for and
treat diseases, a doctor of medicine,' is
approved in Prowitt v. Denver, 11 Colo.App.
70, 52 P. 286, and Castner v. Sliker, 33
N.J. Law 507, in which latter case appears
the statement that a physician in common
parlance is one skilled in both medicine and
surgery.  In Harrison v. State, 102 Ala. 170,
15 So. 563, the word 'physician' is defined
as one who has received a degree of M.D.; one
who lawfully practices medicine; one who pro-
fesses or practices medicine for the healing
art."

See also Commonwealth v. Cohen, 142 Pa. Super. 199, 15 A.
2d 730 (1940); Williams v. Capital Life & Health Ins. Co.,
209 S.C. 512, 41 S.E.2d 208 (1947).

Article 4510, V.C.S., provides:

"Any person shall be regarded as prac-
ticing medicine within the meaning of this
law:

"(1)  Who shall publicly profess to be a
physician or surgeon and shall treat, or of-
fer to treat, any diease or disorder, mental
or physical, or any physical deformity or in-
jury, by any system or method, or to effect

cures thereof; (2) or who shall treat or offer to treat any disease or disorder, mental or physical or any physical deformity or injury by any system or method and to effect cures thereof and charge therefor  directly or indirectly, money or other compensation; provided, however, that the provisions of this Article shall be construed with and in view of Article 740, Penal Code of Texas, and Article 4504, Revised Civil Statutes of Texas as contained in this Act."

In view of the foregoing, it is our opinion that a chiropodist is a physician within the meaning of the Narcotic Drug Law (Art. 725b, V.P.C.) and is authorized to administer, prescribe, and dispense narcotic drugs or cause the same to be administered by a nurse or interne under his direction and supervision.  A registered chiropodist is authorized to use a local anaesthetic in the practice of his profession.  Art. 779, V.P.C.  "Local anesthesia" is defined as "affecting a limited part, . . . by injecting that part with a locally active agent like cocaine." Webster's New International Dictionary (Second Edition, 1938).  Cocaine is obtained from cocoa leaves and the definition of "Narcotic Drugs" contained in Article 725b, Vernon's Penal Code, includes cocoa leaves. (Emphasis added.)

## SUMMARY

A licensed Texas chiropodist is authorized to administer, prescribe, and dispense narcotic drugs.

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Everett Hutchinson
Executive Assistant

Charles D. Mathews
First Assistant

BW:mw

Yours very truly,

PRICE DANIEL
Attorney General

By
Burnell Waldrep
Assistant